NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ROBERT A. DUBSKY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5123

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-397, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**O R D E R**

Robert A. Dubsky moves without opposition for leave to file his reply brief electronically out-of-time. Dubsky also moves for an extension of time to file the joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

ROBERT DUBSKY v. US                                                2

     The motions are granted.  The joint appendix is due within 10 days of the date of filing of this order.

                         FOR THE COURT

SEP 2 6 2012
_____
       Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Edward A. Zimmerman, Esq.
     Douglas K. Mickle, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 2 6 2012

**JAN HORBALY**
**CLERK**